UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE MCFARLANE,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>SHINJI'S BAR,<br><br>                    Defendant. | 24 Civ. 8005 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 10, 2025, the Court was notified that mediation in this matter was unsuccessful. Accordingly, the parties are **ORDERED** to attend a telephonic post-fact pretrial conference on **September 16, 2025, at 12:00 p.m.** At the designated time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370. The Court expects that the parties will submit a joint letter, as outlined in the parties' Case Management Plan, by **September 11, 2025.** (*See* Dkt. #12 at 7).

    SO ORDERED.

Dated:   July 11, 2025
         New York, New York

                                                 _____
                                                 KATHERINE POLK FAILLA
                                                 United States District Judge